**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000044
10-MAR-2017
11:40 AM**

NO. CAAP-17-0000044

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SU, Plaintiff-Appellant, v.
DU, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 12-1-7491)

ORDER APPROVING THE FEBRUARY 16, 2017
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice of Appeal," filed February 16, 2017, by Plaintiff-Appellant SU, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, March 10, 2017.

Presiding Judge

Associate Judge

Associate Judge